# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Noelia Velazquez

                                Plaintiff,

v.                                                       Case No.: 1:17–cv–03601
                                                              Honorable Charles R. Norgle Sr.

Midland Funding, LLC, et al.

                                Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, April 6, 2018:

      MINUTE entry before the Honorable Charles R. Norgle: Motion to Re–Open Discovery [33] is granted. Plaintiff's deposition shall be taken on or before April 19, 2018. Motion hearing held on 4/6/2018. Mailed notice(ewf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.