**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NOELIA VELAZQUEZ, | ) | |
| | ) | |
| PLAINTIFF, | ) | Case No. 17-cv-3601 |
| | ) | |
| v. | ) | Judge Charles R. Norgle, Sr. |
| | ) | |
| MIDLAND FUNDING, LLC and MIDLAND | ) | Magistrate Judge Sheila Finnegan |
| CREDIT MANAGEMENT, INC., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**EMERGENCY MOTION TO CONTINUE TRIAL**

Plaintiff, Noelia Velazquez, by and through her attorneys, and for her Motion to Continue Trial, states as follows:

1.      On May 12, 2017, Plaintiff filed this action against Midland Funding, LLC and Midland Credit Management, Inc. alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. ("FDCPA"). (ECF No. 1).

2.      On September 19, 2017 this Court set a trial date of April 24, 2018. (Dkt. # 20).

3.      Parties prepared for trial and filed their Proposed Pretrial Order on April 13, 2018.

4.      On April 23, 2018, Plaintiff went to Illinois Masonic Medical Center complaining of problems with her pacemaker.

5.      She reports receiving a Cardiac Stress Test and an Echocardiogram.

6.      Plaintiff will be returning to the hospital tomorrow, on the day of her trial, for further observation.

7.      Plaintiff has requested documentation from her doctor and will be submitting it to the Court.

8.     Plaintiff's counsel contacted the Court with Defendants' counsel present, and the Court instructed Plaintiff to file a motion.

WHEREFORE, Noelia Velazquez, by and through her attorneys, moves this Honorable Court to continue the trial scheduled for April 24, 2018, and to set the matter for status in 14 days regarding Plaintiff's condition and a new trial date.

Respectfully submitted,


/s/Celetha Chatman
Celetha Chatman

Celetha Chatman
Michael Wood
**Community Lawyers Group, Ltd.**
73 W. Monroe Street, Suite 514
Chicago, IL 60603
Ph: (312) 757-1880
Fax: (312) 265-3227
cchatman@communitylawyersgroup.com

## **CERTIFICATE OF SERVICE**

I, Celetha Chatman, an attorney, hereby certify that on April 23, 2018, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: April 23, 2018**                                        Respectfully submitted,

                                                                                  By: ___/s/ *Celetha Chatman*